THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JACK P. DIETZ, Appellant.

Argued March 8, 1945; decided April 12, 1945.

*Jacob Shientag* for appellant.
*Frank S. Hogan, District Attorney* (*Whitman Knapp* and *Harold Roland Shapiro* of counsel), for respondent.

Order affirmed. (See *People* v. *Gersewitz,* 294 N. Y. 163, decided herewith.) No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.